# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RONEY NOVAES PEREIRA,

    Petitioner,

v.

                                     Case No. 1:26-cv-02158-MIS-GBW

MELISSA ORTIZ, Warden of Torrance County Detention Facility; JOEL GARCIA, Acting Director of U.S. Immigration and Customs Enforcement El Paso Field Office; MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; and TODD BLANCHE, Acting Attorney General of the United States,

    Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment is hereby entered in favor of Petitioner Roney Novaes Pereira and against Respondents Melissa Ortiz, Joel Garcia, Markwayne Mullin, and Todd Blanche.

                                          **MARGARET STRICKLAND**
                                          UNITED STATES DISTRICT JUDGE